**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                          PLAINTIFF

v.                                          NO. 4:07CR00340-01 JLH

BARBARA MCCRORY                                                                                  DEFENDANT

## ORDER

Court convened on Monday, July 13, 2009, for a hearing on the government's motion to revoke defendant's probation. Docket #36. Assistant United States Attorney John Bush was present for the government. The defendant appeared in person with her attorney, First Assistant Federal Public Defender Jerome Kearney. United States Probation Officer Margaret Johnson was also present.

Upon inquiry from the Court, the defendant did not contest the violations contained in the motion. Following statements from the defendant and counsel, the Court determined that this matter should be deferred for a period of 120-days to allow defendant the opportunity to demonstrate that she can and will comply with the conditions of probation previously imposed by the Court.

IT IS THEREFORE ORDERED that the hearing on the government's motion to revoke probation is hereby continued until *Friday, November 13, 2009, at 9:00 a.m.* The United States Probation Office is directed to provide the Court with a written report reflecting whether or not defendant has been in compliance with the conditions of probation previously imposed by Wednesday, November 11, 2009. In the event the defendant is found to be in violation of her conditions of probation prior to November 11, 2009, the government is directed to submit the appropriate motion.

Defendant's obligation to submit restitution payments is hereby stayed until the next hearing date. All other conditions of probation remain in full force and effect as previously imposed.

IT IS SO ORDERED this 13th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE