**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                              PLAINTIFF

v.                                            NO. 4:07CR00340 JLH

BARBARA MCCRORY                                                                                      DEFENDANT

## ORDER

On May 27, 2009, the government petitioned the Court to revoke the probation of Barbara McCrory because she had not made restitution payments, had failed to make a one time payment of $20 on her special assessment, had missed some of her appointments for mental health counseling, had failed to follow some of the instructions of the probation officer, had been terminated from the residential reentry center into which she had been placed, and had failed to work regularly in a lawful occupation. The Court conducted a hearing on July 13, 2009, and concluded that the motion to revoke should be held in abeyance for a period of 120 days to allow the defendant to demonstrate that she can and will comply with the conditions of probation. The Court scheduled a hearing on the motion to revoke for Friday, November 13, 2009. The Court directed the United States Probation Office to provide the Court with a written report reflecting whether or not the defendant had been in compliance with the conditions of probation previously imposed by Wednesday, November 11, 2009.

The Court has received the report from the probation officer. McCrory has been in compliance with all terms and conditions of her probation except payment of her restitution, and the report notes that the Court excused her from payment of restitution because her claim for Social Security disability benefits was pending. Because McCrory has been in compliance with all of the

conditions of her probation since the hearing on July 13, 2009, the motion to revoke is denied. Document #36. The revocation hearing scheduled for November 13, 2009, is canceled. The motion to continue revocation hearing is denied as moot. Document #41.

    IT IS SO ORDERED this 10th day of November, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE